IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 05-440 |
| | : | |
| KEENAN BROW | : | |
| ROBERT COOPER | : | |
| TERRY WALKER | : | |
| JAMAR CAMPBELL | : | |

O R D E R

AND NOW, this 21st day of November, 2008, it is ORDERED that the United States Marshal for the Eastern District of Pennsylvania shall continue to house Tyree Griffith at the Federal Detention Center in Philadelphia until his testimony is completed.  It is further ORDERED that upon termination of proceedings, the body of Tyree Griffith, be returned to Sussex County Corrections.

AND IT IS SO ORDERED.

BY THE COURT:


/s/ *R. Barclay Surrick*
U.S. District Judge